| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| | **TRANSFER OF JURISDICTION** | 8:02-Cr-158-T-17TGW |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Matthew J. Kraemer | Middle District of Florida | Tampa |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Elizabeth A. Kovachevich | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM February 25, 2005 — TO February 24, 2008 |

OFFENSE

Attempt to Persuade, Induce and Coerce and Individual Under the Age of 18 Years to Engage in a Sexual Act

FILED 2006 DEC 18 PM 3:46 CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA TAMPA, FLORIDA

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Florida__

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the __Eastern District of Virginia__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

OCTOBER 10th, 2006
Date

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Eastern__ DISTRICT OF __Virginia__

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Dec. 6, 2006
Effective Date

Claude M. Hilton
United States District Judge